UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NICK HUMPHREY and CHRIS RAVEY,

    Plaintiffs,

  v.

HG LANSING LLC, d/b/a Homegrown Cannabis Co., INDEPENDENT STAFFING & CONSULTING LLC, and THOMAS J. SAAD, JR.,

    Defendants.

Case No. 21-273

Hon. Paul L. Maloney

---

| Mark S. Wilkinson (P68765) | Clifford L. Hammond (62164) |
|---|---|
| PALADIN EMPLOYMENT LAW PLLC | FOSTER SWIFT COLLINS & SMITH PC |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| 251 North Rose Street | 28411 Northwestern Hwy., Ste. 500 |
| Suite 200, PMB № 288 | Southfield, MI 48034 |
| Kalamazoo, MI 49007-3860 | (tel.) 248.538.6324 |
| (tel.) 269.978.2474 | chammond@fosterswift.com |
| mark@paladinemploymentlaw.com | |

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Nick Humphrey and Chris Ravey dismiss this case with prejudice and without costs or attorney's fees to any party.

                                        NICK HUMPHREY and CHRIS RAVEY

Dated:  June 14, 2021                By:    /s/  Mark S. Wilkinson

                                        Mark S. Wilkinson (P68765)
                                        *Attorney for Plaintiffs*
                                        PALADIN EMPLOYMENT LAW PLLC
                                        251 North Rose Street
                                        Suite 200, PMB № 288
                                        Kalamazoo, MI 49007-3860
                                        (tel.) 269.978.2474
                                        mark@paladinemploymentlaw.com